

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

GARDEN CITY BOXING CLUB, INC.,
as Broadcast Licensee of the
November 27, 2004,
Barrerra/Morales, Program

                          Plaintiffs,

                 - against -

CARMEN GUZMAN, Individually and as an
Officer, director, shareholder and/or principal
of BORINQUEN 444 ASSOCIATION, INC.
d/b/a BORINQUEN 444 ASSOCIATION
a/k/a ASSOCIATION INC., and BORINQUEN
444 ASSOCIATION a/k/a BORINQUEN 444
ASSOCIATION INC.,

                          Defendant.

-----------------------------------------------------------X

REFERRAL TO MAGISTRATE JUDGE

05 CV 3691(ARR)

ROSS, U.S.D.J.:

Plaintiff's motion for entry of default judgment against defendants CARMEN GUZMAN, Individually and as an Officer, director, shareholder and/or principal of BORINQUEN 444 ASSOCIATION, INC. d/b/a BORINQUEN 444 ASSOCIATION a/k/a ASSOCIATION INC., and BORINQUEN 444 ASSOCIATION a/k/a BORINQUEN 444 ASSOCIATION INC., is respectfully referred to Magistrate Judge Levy to conduct a damages inquest and issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

SO ORDERED:

Dated: Brooklyn, New York
       November 22, 2005

_____
Allyne R. Ross
United States District Judge

Mailing List

Julie Cohen Lonstein, Esq.
Lonstein Law Office
1 Terrace Hill
P.O. Box 351
Lonstein Professional Building
Ellenville, NY 12428


Carmen Guzman
333 Melrose Street
Brooklyn, NY 11237


Borinquen Association, Inc.
10 Irving Avenue
Brooklyn, NY 11237


Magistrate Judge Levy