```
UNITED STATES DISTRICT COURT                    NOT FOR PRINT OR
EASTERN DISTRICT OF NEW YORK                    ELECTRONIC PUBLICATION
------------------------------------------------------------x
                                                :
GARDEN CITY BOXING CLUB, INC., as               :
Broadcast Licensee of the November 27, 2004,    :   05-CV-3691 (ARR)(RML)
Barrerra/Morales Program,                       :
                                                :
                         Plaintiff,             :
        -against-                               :   ORDER
                                                :
BORINQUEN 444 ASSOCIATION, INC.,                :
d/b/a BORINQUEN 444 ASSOCIATION,                :
a/k/a BORINQUEN 444 ASSOCIATION, INC.,          :
                                                :
                         Defendant.             :
                                                :
------------------------------------------------------------x
```

ROSS, United States District Judge:

By order dated July 27, 2007, and entered July 30, 2007, this Court referred plaintiff's second motion for a default judgment in this action to the Honorable Robert M. Levy, United States Magistrate Judge, for a report and recommendation. On March 10, 2008, Magistrate Judge Levy issued his Report and Recommendation (the "R&R"), recommending that plaintiff's motion be denied and that no damages be awarded. See R&R at 7.

In the fourteen business days since the R&R was filed, the Court has not received any objections to the R&R. Accordingly, the Court has reviewed the R&R for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Edwards v. Town of Huntington, No. 05 Civ. 339 (NGG) (AKT), 2007 U.S. Dist. LEXIS 50074, at *6 (E.D.N.Y. July 11, 2007); McKoy v. Henderson, No. O5 Civ. 1535 (DAB), 2007 U.S. Dist. LEXIS 15673, at *1 (S.D.N.Y. March 5, 2007). The Court finds no clear error, and therefore adopts the R&R, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

## *CONCLUSION*

For the reasons stated above, Magistrate Judge Levy's Report and Recommendation dated March 10, 2008, is adopted in its entirety, and plaintiff's second motion for a default judgment is denied with prejudice.

SO ORDERED.

s/ Judge Allyne R. Ross

Allyne R. Ross
United States District Judge

Dated: March 28, 2008
Brooklyn, New York

SERVICE LIST:

    Plaintiff's Attorney
    Julie Cohen Lonstein, Esq.
    Lonstein Law Office, P.C.
    1 Terrace Hill; P.O. Box 351
    Ellenville, New York 12428

cc:    Magistrate Judge Robert M. Levy